Direct Deposit Stub                                                                                                    Page 1 of 1

 **Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
**Phone** 216-896-3000

**DATE**
06/25/2015

Shift: 2 Dept: 9606 Clock #: 55323          15-63069
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: ROY L WHITE | | Net Pay $681.93 | |
|---|---|---|---|

| MESSAGE AREA | FEDERAL | | STATE | |
|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | S | 99 | GA | S | 99 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | |
| | 0 | | 0 | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 06/15/2015 | 06/21/2015 | 06/25/2015 | D0132216 |

### EARNINGS. TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 24.00 | $458.40 | | | | |
| VAC PAY | 16.00 | $305.60 | | | | |
| SHIFT | 40.00 | $10.00 | | | | |
| GROSS PAY | | $774.00 | $22,771.96 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $478.75 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $127.00 | | | |
| VISION | | $1.54 | $38.50 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $644.25 | | | |
| ADJ GROSS | | $748.23 | $22,127.71 | | | |
| SP BEFORE-TAX | | $7.74 | $566.92 | | | |
| EARNINGS | | $740.49 | $21,560.79 | | | |
| FICA | | $46.39 | $1,371.92 | | | |
| MEDICARE | | $10.85 | $320.85 | | | |
| TOTAL TAXES | | $57.24 | | | | |
| PAI FLEX | | $1.02 | $25.50 | | | |
| METLIFE OPT L | | $.30 | $7.50 | | | |
| TOTAL DED | | $1.32 | | | | |

**Parker Hannifin Corporation**                                    Net Pay          $681.93

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp                            7/13/2015



**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
06/11/2015

Shift: 2 Dept: 9606 Clock #: 55323
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: ROY L WHITE | Net Pay $681.93 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | S | 99 | GA | S | 99 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 06/01/2015 | 06/07/2015 | 06/11/2015 | D0131619 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $764.00 | | | | |
| SHIFT | 40.00 | $10.00 | | | | |
| GROSS PAY | | $774.00 | $21,223.96 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $440.45 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $116.84 | | | |
| VISION | | $1.54 | $35.42 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $592.71 | | | |
| ADJ GROSS | | $748.23 | $20,631.25 | | | |
| SP BEFORE-TAX | | $7.74 | $551.44 | | | |
| EARNINGS | | $740.49 | $20,079.81 | | | |
| FICA | | $46.39 | $1,279.14 | | | |
| MEDICARE | | $10.85 | $299.15 | | | |
| TOTAL TAXES | | $57.24 | | | | |
| PAI FLEX | | $1.02 | $23.46 | | | |
| METLIFE OPT L | | $.30 | $6.90 | | | |
| TOTAL DED | | $1.32 | | | | |

**Parker Hannifin Corporation**    Net Pay    $681.93

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp    7/13/2015



**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
**Phone** 216-896-3000

**DATE**
06/04/2015

Shift: 2 Dept: 9606 Clock #: 55323
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: ROY L WHITE | Net Pay $681.93 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | S | 99 | GA | S | 99 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 05/25/2015 | 05/31/2015 | 06/04/2015 | D0131314 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 24.00 | $458.40 | | | | |
| VAC PAY | 8.00 | $152.80 | | | | |
| HOLIDAY | 8.00 | $152.80 | | | | |
| SHIFT | 40.00 | $10.00 | | | | |
| GROSS PAY | | $774.00 | $20,449.96 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $421.30 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $111.76 | | | |
| VISION | | $1.54 | $33.88 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $566.94 | | | |
| ADJ GROSS | | $748.23 | $19,883.02 | | | |
| SP BEFORE-TAX | | $7.74 | $543.70 | | | |
| EARNINGS | | $740.49 | $19,339.32 | | | |
| FICA | | $46.39 | $1,232.75 | | | |
| MEDICARE | | $10.85 | $288.30 | | | |
| TOTAL TAXES | | $57.24 | | | | |
| PAI FLEX | | $1.02 | $22.44 | | | |
| METLIFE OPT L | | $.30 | $6.60 | | | |
| TOTAL DED | | $1.32 | | | | |

**Parker Hannifin Corporation**       **Net Pay**       $681.93

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp       7/13/2015

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
05/28/2015

Shift: 2 Dept: 9606 Clock #: 55323
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

**Employee Name: ROY L WHITE**    **Net Pay $673.11**

MESSAGE AREA

| FEDERAL | | STATE | | |
|---|---|---|---|---|
| Marital Status | Exemptions | State | Marital Status | Exemptions |
| S | 99 | GA | S | 99 |
| ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 05/18/2015 | 05/24/2015 | 05/28/2015 | D0131014 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 39.50 | $754.45 | | | | |
| SHIFT | 39.50 | $9.88 | | | | |
| GROSS PAY | | $764.33 | $19,675.96 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $402.15 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $106.68 | | | |
| VISION | | $1.54 | $32.34 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $541.17 | | | |
| ADJ GROSS | | $738.56 | $19,134.79 | | | |
| SP BEFORE-TAX | | $7.64 | $535.96 | | | |
| EARNINGS | | $730.92 | $18,598.83 | | | |
| FICA | | $45.79 | $1,186.36 | | | |
| MEDICARE | | $10.70 | $277.45 | | | |
| TOTAL TAXES | | $56.49 | | | | |
| PAI FLEX | | $1.02 | $21.42 | | | |
| METLIFE OPT L | | $.30 | $6.30 | | | |
| TOTAL DED | | $1.32 | | | | |

**Parker Hannifin Corporation**    **Net Pay**    **$673.11**

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
Phone 216-896-3000

**DATE**
05/21/2015

Shift: 2 Dept: 9606 Clock #: 55323
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: ROY L WHITE | Net Pay $597.96 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | S | 99 | GA | S | 99 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 05/11/2015 | 05/17/2015 | 05/21/2015 | D0130711 |

### EARNINGS. TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 35.25 | $673.28 | | | | |
| SHIFT | 35.25 | $8.81 | | | | |
| GROSS PAY | | $682.09 | $18,911.63 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $383.00 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $101.60 | | | |
| VISION | | $1.54 | $30.80 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $515.40 | | | |
| ADJ GROSS | | $656.32 | $18,396.23 | | | |
| SP BEFORE-TAX | | $6.82 | $528.32 | | | |
| EARNINGS | | $649.50 | $17,867.91 | | | |
| FICA | | $40.70 | $1,140.57 | | | |
| MEDICARE | | $9.52 | $266.75 | | | |
| TOTAL TAXES | | $50.22 | | | | |
| PAI FLEX | | $1.02 | $20.40 | | | |
| METLIFE OPT L | | $.30 | $6.00 | | | |
| TOTAL DED | | $1.32 | | | | |

**Parker Hannifin Corporation**                    **Net Pay**           $597.96

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
**Phone** 216-896-3000

**DATE**
07/09/2015

Shift: 2 Dept: 9606 Clock #: 55323
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

| **Employee Name:** ROY L WHITE | | | | Net Pay $676.55 | |
|---|---|---|---|---|---|
| **MESSAGE AREA** | | | | **FEDERAL** | **STATE** |
| | | | | Marital Status / Exemptions | State / Marital Status / Exemptions |
| | | | | S / 99 | GA / S / 99 |
| | | | | **ADDITIONAL FEDERAL TAXES** | **ADDITIONAL STATE TAXES** |
| | | | | 0 | 0 |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 06/29/2015 | 07/05/2015 | 07/09/2015 | D0132824 |

### EARNINGS. TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 32.00 | $611.20 | | | | |
| VAC PAY | 8.00 | $152.80 | | | | |
| SHIFT | 40.00 | $10.00 | | | | |
| GROSS PAY | | $774.00 | $24,319.96 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $517.05 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $137.16 | | | |
| VISION | | $1.54 | $41.58 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $695.79 | | | |
| ADJ GROSS | | $748.23 | $23,624.17 | | | |
| SP BEFORE-TAX | | $7.74 | $582.40 | | | |
| EARNINGS | | $740.49 | $23,041.77 | | | |
| FICA | | $46.39 | $1,464.70 | | | |
| MEDICARE | | $10.85 | $342.55 | | | |
| TOTAL TAXES | | $57.24 | | | | |
| SP LOAN 2 | | $5.38 | $5.38 | | | |
| PAI FLEX | | $1.02 | $27.54 | | | |
| METLIFE OPT L | | $.30 | $8.10 | | | |
| TOTAL DED | | $6.70 | | | | |

Parker Hannifin Corporation                    Net Pay            $676.55

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp                      7/13/2015



**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
**Phone** 216-896-3000

**DATE**
07/02/2015

Shift: 2 Dept: 9606 Clock #: 55323
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: ROY L WHITE | Net Pay $681.93 |
|---|---|

| MESSAGE AREA | FEDERAL | | | STATE | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | S | 99 | GA | S | 99 |
| | ADDITIONAL FEDERAL TAXES | | | ADDITIONAL STATE TAXES | |
| | 0 | | | 0 | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 06/22/2015 | 06/28/2015 | 07/02/2015 | D0132520 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| REG PAY | 40.00 | $764.00 | | | | |
| SHIFT | 40.00 | $10.00 | | | | |
| GROSS PAY | | $774.00 | $23,545.96 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $497.90 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $132.08 | | | |
| VISION | | $1.54 | $40.04 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $670.02 | | | |
| ADJ GROSS | | $748.23 | $22,875.94 | | | |
| SP BEFORE-TAX | | $7.74 | $574.66 | | | |
| EARNINGS | | $740.49 | $22,301.28 | | | |
| FICA | | $46.39 | $1,418.31 | | | |
| MEDICARE | | $10.85 | $331.70 | | | |
| TOTAL TAXES | | $57.24 | | | | |
| PAI FLEX | | $1.02 | $26.52 | | | |
| METLIFE OPT L | | $.30 | $7.80 | | | |
| TOTAL DED | | $1.32 | | | | |

**Parker Hannifin Corporation**          **Net Pay**          $681.93

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp          7/13/2015

**Parker Hannifin Corporation**
6035 Parkland Blvd.
Cleveland, OH 44124
**Phone** 216-896-3000

**DATE**
06/18/2015

Shift: 2 Dept: 9606 Clock #: 55323
ROY L WHITE

## DIRECT DEPOSIT CONFIRMATION

| Employee Name: ROY L WHITE | Net Pay $681.93 |
|---|---|

| MESSAGE AREA | FEDERAL | | STATE | | |
|---|---|---|---|---|---|
| | Marital Status | Exemptions | State | Marital Status | Exemptions |
| | S | 99 | GA | S | 99 |
| | ADDITIONAL FEDERAL TAXES | | ADDITIONAL STATE TAXES | | |
| | 0 | | 0 | | |

| REG HOURLY RATE | OVERTIME RATE | DOUBLETIME RATE | SHIFT PAY | Parker ID # (PID) | |
|---|---|---|---|---|---|
| $19.1000 | $28.65 | $38.20 | *See ESS | 0189970H3 | |

| EMPLOYEE NUMBER | Tax ID | SHIFT | DEPARTMENT | BEGINNING DATE | ENDING DATE | CHECK DATE | CHECK NUMBER |
|---|---|---|---|---|---|---|---|
| 55323 | XXX-XX-1516 | 2 | 9606 | 06/08/2015 | 06/14/2015 | 06/18/2015 | D0131918 |

### EARNINGS, TAXES AND DEDUCTIONS

| Description | Hours | Amount | Year-To-Date | Description | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| VAC PAY | 40.00 | $764.00 | | | | |
| SHIFT | 40.00 | $10.00 | | | | |
| GROSS PAY | | $774.00 | $21,997.96 | | | |
| FLEX BENEFIT: | | | | | | |
| MED PLAN B | | $19.15 | $459.60 | | | |
| RX PREMIUM | | | | | | |
| DENTAL PLAN | | $5.08 | $121.92 | | | |
| VISION | | $1.54 | $36.96 | | | |
| BT LIFE 50,0 | | | | | | |
| TOT. NET FLEX | | -$25.77 | $618.48 | | | |
| ADJ GROSS | | $748.23 | $21,379.48 | | | |
| SP BEFORE-TAX | | $7.74 | $559.18 | | | |
| EARNINGS | | $740.49 | $20,820.30 | | | |
| FICA | | $46.39 | $1,325.53 | | | |
| MEDICARE | | $10.85 | $310.00 | | | |
| TOTAL TAXES | | $57.24 | | | | |
| PAI FLEX | | $1.02 | $24.48 | | | |
| METLIFE OPT L | | $.30 | $7.20 | | | |
| TOTAL DED | | $1.32 | | | | |

**Parker Hannifin Corporation**         Net Pay         $681.93

https://pol.parker.com/humanresources/SelfServe/DDPayStub.asp         7/13/2015