**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)     Case Number **15−63069−crm**

## United States Bankruptcy Court for the Northern District of Georgia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

**A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/13/15.**

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roy Lester White
1608 Picadilly Ct NE
Conyers, GA 30013

| Case Number:<br>**15−63069−crm** | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−1516 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Karen King<br>King & King Law LLC<br>215 Pryor Street<br>Atlanta, GA 30303<br>Telephone number: (404) 524−6400 | Bankruptcy Trustee (name and address):<br>Tamara Miles Ogier<br>Ogier, Rothschild & Rosenfeld PC<br>170 Mitchell St. S.W.<br>Atlanta, GA 30303<br>Telephone number: 404−525−4000 |

### Meeting of Creditors

Date: **August 18, 2015**                                              Time: **02:00 PM**

Location: **Third Floor − Room 366, Russell Federal Building, 75 Spring Street, SW, Atlanta, GA 30303**

**NOTICE TO DEBTOR(S):** Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return.This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors. Cellular phones and other devices with cameras will NOT be allowed beyond security checkpoints.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/19/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.
**Creditor with a Foreign Address:**
Creditors receiving this notice at a foreign address should read "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404−215−1000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>M. Regina Thomas<br>See our website: www.ganb.uscourts.gov |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 7/14/15 |

**EXPLANATIONS**     B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  (See below for additional information regarding telephone and internet access to Bankruptcy Court records). See our website: www.ganb.uscourts.gov |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Multi−Court Voice Case Information System (MCVCIS) toll free number 866−222−8029, and after the initial greeting, press #, then enter 18 (court code) for Georgia Northern Bankruptcy Court. Please have the case number, social security number or debtor name available when calling.

You may visit the Bankruptcy Court to view case information free of charge. Case information may then be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800−676−6856). PACER access is available via the Internet at www.pacer.gov. The cost to use PACER is ten (10) cents per page up to a maximum of $3.00 per document..

```
                          United States Bankruptcy Court
                           Northern District of Georgia
In re:                                                             Case No. 15-63069-crm
Roy Lester White                                                   Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113E-9          User: avilesj               Page 1 of 2           Date Rcvd: Jul 14, 2015
                              Form ID: b9a                Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2015.
db             +Roy Lester White,    1608 Picadilly Ct NE,    Conyers, GA 30013-5720
19173202       +CARLYLE CENTENNIAL LAKESIDE LLC,    3348 Peachtree Rd NE STe 1000,    Atlanta, GA 30326-1445
19173201        Car-Mart,    4198 US-278,    Covington, GA 30014
19173204       +Dominum Management Services,    2905 Northwest Blvd Suite 150,    Minneapolis, MN 55441-2644
19173206       +Insta Loan,    3000 Campbellton Road,    Atlanta, GA 30311-5410
19173208       +NATIONAL ERA SERVICING,    922 Hwy 81 East Suite 340,    McDonough, GA 30252-2978
19173209       +NATLCRSYS,    PO BOX 312125,    ATLANTA, GA 31131-2125
19173210       +NORTH AMERCN,    2810 WALKER RD,    CHATTANOOGA, TN 37421-1082
19173211        North Fulton Hospital,    PO Box 830913,    Birmingham, AL 35283-0913
19173214       +Rockdale Medical Center,    PO Box 190626,    Nashville, TN 37219-0626
19173217       +STALLINGS FN,    PO BOX 4430,    MARIETTA, GA 30061-4430
19173216       +Southern Regional,    Payment Processing Center,    P.O. Box 62328,    Baltimore, MD 21264-2328
19173218      ++UNITED AUTO ACCEPTANCE,    PO BOX 926,    MORROW GA 30260-0926
                (address filed with court: UNITED AUTO ACCEPTANCE,    PO BOX 960068,    RIVERDALE, GA 30296)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: notices@kingkingllc.com Jul 14 2015 21:37:46     Karen King,    King & King Law LLC,
                 215 Pryor Street,    Atlanta, GA   30303
tr             +EDI: FTMOGIER.COM Jul 14 2015 20:59:00     Tamara Miles Ogier,
                 Ogier, Rothschild & Rosenfeld PC,    170 Mitchell St. S.W.,    Atlanta, GA 30303-3441
ust            +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jul 14 2015 21:39:11
                 Office of the United States Trustee,    362 Richard Russell Building,    75 Spring Street, SW,
                 Atlanta, GA 30303-3315
19173203       +EDI: CMIGROUP.COM Jul 14 2015 20:59:00     CREDIT MGMT,    4200 INTERNATIONAL,
                 CARROLLTON, TX 75007-1912
19173205        EDI: GADEPTOFREV.COM Jul 14 2015 20:59:00     Georgia Department of Revenue,
                 1800 Century Blvd NE Suite 910,    Atlanta, GA 30321
19173207        EDI: IRS.COM Jul 14 2015 20:58:00     IRS,   Centralized Insolvency Opera,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
19173212       +E-mail/Text: heather@pabofma.org Jul 14 2015 21:40:13     PROFESSIONAL ADJUSTMENT BUREAU,
                 1305 S 9th St,    Springfield, IL 62703-2526
19173215        EDI: TENET.COM Jul 14 2015 20:58:00     South Fulton Medical Center,    PO Box 532525,
                 Atlanta, GA 30353-2525
19173213       +E-mail/Text: bankruptcy@rentacenter.com Jul 14 2015 21:40:49     Rent A Center,
                 1169 W. Avenue,    Conyers, GA 30012-5280
19176367       +E-mail/Text: usagan.bk@usdoj.gov Jul 14 2015 21:39:12     U. S. Attorney,
                 600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
19173219       +EDI: WFFC.COM Jul 14 2015 20:58:00     WELLS FARGO CARD SERVICE,    PO BOX 14517,
                 DES MOINES, IA 50306-3517
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            Karen King,   King & King Law LLC,    215 Pryor Street,   Atlanta, GA   30303
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2015 at the address(es) listed below:
              Karen King    on behalf of Debtor Roy Lester White myecfkingnking@gmail.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Tamara Miles Ogier    tmo@orrem.com,
               GA26@ECFCBIS.COM;rs@orrem.com;apr@eorrlaw.com;tmo@trustesolutions.net
```

```
District/off: 113E-9           User: avilesj              Page 2 of 2            Date Rcvd: Jul 14, 2015
                               Form ID: b9a               Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                              TOTAL: 3