

IT IS ORDERED as set forth below:

Date: September 3, 2015

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ROY LESTER WHITE, ) | CASE NO. 15-63069-crm |
| ) | |
| Debtor. ) | |
| _____ ) | |
| NATIONAL ERA SERVICING, LLC, ) | |
| Movant, ) | CONTESTED MATTER |
| ) | |
| vs. ) | |
| ) | |
| ROY LESTER WHITE, Debtor ) | |
| and TAMARA MILES OGIER, Trustee, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above-styled Motion was called for a hearing on August 27, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11 U.S.C. §362(a) automatic stay is modified for Movant herein, their successors, and assigns, regarding the real property located at 1608 Piccadilly Ct. NE, Conyers, GA 30013.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 1608 Piccadilly Ct. NE, Conyers, GA 30013. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]


PREPARED AND PRESENTED BY:

/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
Attorneys for National Era Servicing, LLC

NO OPPOSITION:

<u>s/ Tamara Miles Ogier   BY EXPRESS PERMISSION</u>
Tamara Miles Ogier, Ga. Bar No. 550355
Chapter 7 Trustee
Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell St. SW
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Roy Lester White
1608 Piccadilly Ct. NE
Conyers, GA 30013

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld, PC
Chapter 7 Trustee
170 Mitchell St. SW
Atlanta, GA 30303

National Era Servicing, LLC
1308 Crane Court
McDonough, GA 30252