**IT IS ORDERED as set forth below:**



**Date: September 3, 2015**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7** |
| | ) | |
| **ROY LESTER WHITE,** | ) | **CASE NO. 15-63069-crm** |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| **NATIONAL ERA SERVICING, LLC,** | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ROY LESTER WHITE, Debtor** | ) | |
| **and TAMARA MILES OGIER, Trustee,** | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The above-styled Motion was called for a hearing on August 27, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11 U.S.C. §362(a) automatic stay is modified for Movant herein, their successors, and assigns, regarding the real property located at 1608 Piccadilly Ct. NE, Conyers, GA 30013.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 1608 Piccadilly Ct. NE, Conyers, GA 30013. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
Attorneys for National Era Servicing, LLC

NO OPPOSITION:

s/ Tamara Miles Ogier    BY EXPRESS PERMISSION
Tamara Miles Ogier, Ga. Bar No. 550355
Chapter 7 Trustee
Ogier, Rothschild & Rosenfeld, P.C.
170 Mitchell St. SW
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Roy Lester White
1608 Piccadilly Ct. NE
Conyers, GA 30013

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld, PC
Chapter 7 Trustee
170 Mitchell St. SW
Atlanta, GA 30303

National Era Servicing, LLC
1308 Crane Court
McDonough, GA 30252

United States Bankruptcy Court
Northern District of Georgia

```
In re:                                                          Case No. 15-63069-crm
Roy Lester White                                                Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: avilesj               Page 1 of 1          Date Rcvd: Sep 03, 2015
                              Form ID: pdf401             Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2015.
db             +Roy Lester White,    1608 Picadilly Ct NE,    Conyers, GA 30013-5720
tr             +Tamara Miles Ogier,    Ogier, Rothschild & Rosenfeld PC,    170 Mitchell St. S.W.,
                 Atlanta, GA 30303-3441
cr             +National ERA Servicing, LLC,    1308 Crane Ct.,    McDonough, GA 30252-6661

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: ebnatlanta@gmail.com Sep 03 2015 22:08:47      Karen King,    King & King Law LLC,
                 215 Pryor Street,    Atlanta, GA 30303-3748
                                                                                             TOTAL: 1


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
aty*           +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2015 at the address(es) listed below:
              Karen King    on behalf of Debtor Roy Lester White myecfkingnking@gmail.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Creditor    National ERA Servicing, LLC bankruptcy@sneedlaw.net
              Tamara Miles Ogier    tmo@orrem.com,
               GA26@ECFCBIS.COM;jc@orratl.com;apr@eorrlaw.com;tmo@trustesolutions.net
                                                                                             TOTAL: 4
```