UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  
Roy Lester White,  
    Debtor,

CASE NO. 15-63069 - CRM

CHAPTER 7

Roy Lester White,  
    Movant,

v.

CONTESTED MATTER

Carlyle Centennial Lakeside LLC,  
    Respondent.

**MOTION TO AVOID JUDICIAL LIENS ON EXEMPT PROPERTY**

This Motion of the Debtor respectfully represents:

1.

On July 13, 2015, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

Debtor files this Motion under 11 U.S.C. § 522(f) to avoid judicial liens which have attached to property of the Debtor through action of law following monetary judgments obtained by Respondent on July 12, 2013 (case no. 2013MAG3675), June 4, 2013 (case no. 2013MAG3144), April 17, 2013 (case no. 2013MAG2821) and March 13, 2013 (case no. 2013MAG2207), in the Magistrate Court of Rockdale County, Georgia.

3.

Said judicial liens impairs Debtor's interest in property which Debtor would ordinarily be able to exempt under 11 U.S.C. § 522 and O.C.G.A. § 44-13-100.

Wherefore, Movant prays for a judgment against Respondent for the cancellation and avoidance of the said judicial liens.

KING & KING LAW LLC

/s/ *[signature]*

Allen M. Bearden, Attorney for Debtor
GA Bar #423361
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.co

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Roy Lester White,<br>　　　Debtor, | CASE NO. 15-63069 - CRM<br><br>CHAPTER 7 |
| Roy Lester White,<br>　　　Movant,<br><br>v.<br><br>Carlyle Centennial Lakeside LLC,<br>　　　Respondent. | <br><br>CONTESTED MATTER |

### NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIENS ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that, on September 14, 2015, a Motion to Avoid Judicial Liens on Exempt Property pursuant to 11 U.S.C. § 522(f) was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-2, Respondent must file a response to the Motion within 21 days after service, and serve a copy of said response upon Movant. If no response is timely filed and served, the Motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Dated: September 14, 2015

KING & KING LAW LLC

By:_/s/_____
Allen M. Bearden, Attorney for Debtor
GA Bar #423361
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                CASE NO. 15-63069 - CRM
Roy Lester White,
         Debtor,                         CHAPTER 7

Roy Lester White,
         Movant,

v.                                       CONTESTED MATTER

Carlyle Centennial Lakeside LLC,
         Respondent.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 14, 2015, I served a copy of the Motion to Avoid Judicial Liens on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Judicial Liens on Exempt Property and of Time to File Same upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Tamara M. Ogier
170 Mitchell Street, SW
Atlanta, GA 30303

Roy Lester White
1608 Picadilly Court, NE
Conyers, GA 30013

CARLYLE CENTENNIAL LAKESIDE LLC
3348 Peachtree Rd NE Ste 1000
Atlanta GA 30326

Carlyle Centennial Lakeside, LLC
c/o CT Corporation System, Registered Agent
1201 Peachtree Street NE
Suite 1240
Atlanta, GA 30361

                                            **KING & KING LAW LLC**

                                            By: __/s/_____
                                            Allen M. Bearden, Attorney for Debtor
                                            GA Bar #423361
                                            215 Pryor Street
                                            Atlanta, GA 30303
                                            (404) 524-6400
                                            notices@kingkingllc.com