UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          CASE NO. 15-63069 - CRM
Roy Lester White,
      Debtor,                                 CHAPTER 7

Roy Lester White,
      Movant,

    v.
                                                CONTESTED MATTER
Dominum Management Services,
      Respondent.

**MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY**

This Motion of the Debtor respectfully represents:

1.

On July 13, 2015, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

Debtor files this Motion under 11 U.S.C. § 522(f) to avoid a judicial lien which has attached to property of the Debtor through action of law following a monetary judgment obtained by Respondent on December 9, 2011, in the Magistrate Court of Newton County, Georgia.

3.

Said judicial lien impairs Debtor's interest in property which Debtor would ordinarily be able to exempt under 11 U.S.C. § 522 and O.C.G.A. § 44-13-100.

Wherefore, Movant prays for a judgment against Respondent for the cancellation and avoidance of the said judicial lien.

KING & KING LAW LLC

/s/

Allen M. Bearden, Attorney for Debtor
GA Bar #423361
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              CASE NO. 15-63069 - CRM
Roy Lester White,
                Debtor,                             CHAPTER 7

Roy Lester White,
                Movant,

                v.
                                                    CONTESTED MATTER

Dominum Management Services,
                Respondent.

## NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME

NOTICE IS HEREBY GIVEN that, on September 14, 2015, a Motion to Avoid Judicial Lien on Exempt Property pursuant to 11 U.S.C. § 522(f) was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-2, Respondent must file a response to the Motion within 21 days after service, and serve a copy of said response upon Movant. If no response is timely filed and served, the Motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.


Dated: September 14, 2015


                                        KING & KING LAW LLC


                                        By:_/s/_____
                                        Allen M. Bearden, Attorney for Debtor
                                        GA Bar #423361
                                        215 Pryor Street
                                        Atlanta, GA 30303
                                        (404) 524-6400
                                        notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          CASE NO. 15-63069 - CRM
Roy Lester White,
       Debtor,                                  CHAPTER 7

Roy Lester White,
       Movant,

       v.
                               CONTESTED MATTER

Dominum Management Services,
       Respondent.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 14, 2015, I served a copy of the Motion to Avoid Judicial Lien on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Tamara M. Ogier
170 Mitchell Street, SW
Atlanta, GA 30303

Roy Lester White
1608 Picadilly Court, NE
Conyers, GA 30013

Dominum Management Services
2905 Northwest Blvd Suite 150
Minneapolis MN 55441

Dominium Management Services
c/o C T Corporation System, Registered Agent
1201 Peachtree Street, NE
Atlanta, GA 30361

**KING & KING LAW LLC**

By:___/s/_____

Allen M. Bearden, Attorney for Debtor
GA Bar #423361
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com