Certificate Number: 05781-GAN-DE-026339431

Bankruptcy Case Number: 15-63069



05781-GAN-DE-026339431

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2015</u>, at <u>9:27</u> o'clock <u>PM PDT</u>, <u>Roy White</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Georgia</u>.

Date:   <u>October 8, 2015</u>           By:   <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:   <u>President</u>