**IT IS ORDERED as set forth below:**



**Date: October 15, 2015**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.15-63069  - CRM |
| | : | |
| Roy Lester White, | : | CHAPTER 7 |
| Debtor(s). | : | |
| | : | JUDGE MULLINS |
| Roy Lester White, | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| National Era Servicing, | : | |
| Respondent(s). | : | |

O R D E R

      Before the Court is the Motion to Avoid a Lien (Doc. No. 20) of the above-named Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d).  The creditor has failed to file a response; thus, the motion is deemed to be unopposed.  See BLR 6008-2, NDGa.

      Inasmuch as the creditor whose lien is sought to be avoided has failed to controvert timely the debtor's allegations,

      ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named

debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. section 522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

Roy Lester White
1608 Picadilly Ct NE
Conyers, GA 30013

Karen King
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld PC
170 Mitchell St. S.W.
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

National Era Servicing
Anthony Salmeri - RegAgent
1308 Crane Court
McDonough,GA 30252

NATIONAL ERA SERVICING
922 Hwy 81 East Suite 340
McDonough, GA 30252