

**IT IS ORDERED as set forth below:**

**Date: October 15, 2015**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.15-63069 - CRM |
| | : | |
| Roy Lester White, | : | CHAPTER 7 |
| Debtor(s). | : | |
| | : | JUDGE MULLINS |
| Roy Lester White, | : | |
| Movant(s), | : | |
| v. | : | |
| | : | |
| Carlyle Centennial Lakeside LLC, | : | |
| Respondent(s). | : | |

O R D E R

      Before the Court is the Motion to Avoid a Lien (Doc. No. 18) of the above-named Debtor(s), as provided by U.S.C. §522(f) and Bankruptcy Rule 4003(d). The creditor has failed to file a response; thus, the motion is deemed to be unopposed. See BLR 6008-2, NDGa.

      Inasmuch as the creditor whose lien is sought to be avoided has failed to controvert timely the debtor's allegations,

      ORDERED AND ADJUDGED that the judicial lien or the non-possessory, non-purchase-money lien held by respondent upon exempt property of the above-named

debtor(s) is AVOIDED to the extent that such lien impairs an exemption to which debtor(s) would have been entitled pursuant to 11 U.S.C. section 522(b).

[END OF DOCUMENT]

DISTRIBUTION LIST

Roy Lester White
1608 Picadilly Ct NE
Conyers, GA 30013

Karen King
King & King Law LLC
215 Pryor Street
Atlanta, GA 30303

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld PC
170 Mitchell St. S.W.
Atlanta, GA 30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

CARLYLE CENTENNIAL LAKESIDE LLC
3348 Peachtree Rd NE STe 1000
Atlanta, GA 30326

Carlyle Centennial Lakeside LLC
RegAgent: CT Corporation System
1201 Peachtree St, NE
Suite 1240
Atlanta, GA 30361

```
                              United States Bankruptcy Court
                               Northern District of Georgia
In re:                                                               Case No. 15-63069-crm
Roy Lester White                                                     Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 113E-9          User: avilesj                Page 1 of 1          Date Rcvd: Oct 15, 2015
                              Form ID: pdf400              Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2015.
db            +Roy Lester White,    1608 Picadilly Ct NE,    Conyers, GA 30013-5720
tr            +Tamara Miles Ogier,    Ogier, Rothschild & Rosenfeld PC,    170 Mitchell St. S.W.,
                Atlanta, GA 30303-3441
              +Carlyle Centennial Lakeside LLC,    RegAgent: CT Corporation System,    1201 Peachtree St, NE,
                Suite 1240,   Atlanta, GA 30361-3514
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: ebnatlanta@gmail.com Oct 15 2015 20:47:11     Karen King,   King & King Law LLC,
                215 Pryor Street,   Atlanta, GA 30303-3748
              +E-mail/Text: mgeitgey@centennialholdingco.com Oct 15 2015 20:47:33
                CARLYLE CENTENNIAL LAKESIDE LLC,    3348 Peachtree Rd NE STe 1000,   Atlanta, GA 30326-1445
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
aty*          +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
aty*          +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2015 at the address(es) listed below:
              Karen King    on behalf of Debtor Roy Lester White myecfkingnking@gmail.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Creditor    National ERA Servicing, LLC bankruptcy@sneedlaw.net
              Tamara Miles Ogier    tmo@orrem.com,
               GA26@ECFCBIS.COM;jc@orratl.com;apr@eorrlaw.com;tmo@trustesolutions.net
                                                                                              TOTAL: 4
```