**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re:  Debtor(s)
**Roy Lester White**
1608 Picadilly Ct NE
Conyers, GA 30013

Case No.: **15–63069–crm**
Chapter:  **7**
Judge:  **C. Ray Mullins**

xxx–xx–1516

## DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

*C. Ray Mullins*

C. Ray Mullins
United States Bankruptcy Judge

Dated:  December 7, 2015

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION
REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

FORM 182 continued

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court
Northern District of Georgia

In re:  
Roy Lester White  
     Debtor

Case No. 15-63069-crm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113E-9      User: goryy      Page 1 of 2      Date Rcvd: Dec 07, 2015  
                               Form ID: 182      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2015.

```
db             #+Roy Lester White,    1608 Picadilly Ct NE,    Conyers, GA 30013-5720
aty             +Shannon D Sneed,    Shannon D. Sneed & Associates PC,    2112 Lee Street,    P. O. Box 1245,
                  Covington, GA 30015-1245
cr              +America's Car-Mart, Inc.,    America's Car-Mart, Inc.,    #200,    802 SE Plaza Avenue,
                  Bentonville, AR 72712-3220
cr              +National ERA Servicing, LLC,    1308 Crane Ct.,    McDonough, GA 30252-6661
19173201         Car-Mart,    4198 US-278,    Covington, GA 30014
19410464        +Carlyle Centennial Lakeside LLC,    RegAgent:  CT Corporation System,    1201 Peachtree St, NE,
                  Suite 1240,    Atlanta, GA 30361-3514
19410466        +Dominium Managemenet Services,    CT Corp System - RegAgent,    1201 Peachtree St, NE,
                  Atlnata, GA 30361-3503
19173204        +Dominum Management Services,    2905 Northwest Blvd Suite 150,    Minneapolis, MN 55441-2644
19173206        +Insta Loan,    3000 Campbellton Road,    Atlanta, GA 30311-5410
19173208        +NATIONAL ERA SERVICING,    922 Hwy 81 East Suite 340,    McDonough, GA 30252-2978
19173209        +NATLCRSYS,    PO BOX 312125,    ATLANTA, GA 31131-2125
19173210        +NORTH AMERCN,    2810 WALKER RD,    CHATTANOOGA, TN 37421-1082
19410467        +National Era Servicing,    Anthony Salmeri - RegAgent,    1308 Crane Court,
                  McDonough,GA 30252-6661
19173211         North Fulton Hospital,    PO Box 830913,    Birmingham, AL 35283-0913
19173214        +Rockdale Medical Center,    PO Box 190626,    Nashville, TN 37219-0626
19173217        +STALLINGS FN,    PO BOX 4430,    MARIETTA, GA 30061-4430
19173216        +Southern Regional,    Payment Processing Center,    P.O. Box 62328,    Baltimore, MD 21264-2328
19173218       ++UNITED AUTO ACCEPTANCE,    PO BOX 926,    MORROW GA 30260-0926
                  (address filed with court:  UNITED AUTO ACCEPTANCE,    PO BOX 960068,    RIVERDALE, GA 30296)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty             +E-mail/Text: ebnatlanta@gmail.com Dec 07 2015 20:48:28     Karen King,    King & King Law LLC,
                  215 Pryor Street,    Atlanta, GA 30303-3748
tr              +EDI: FTMOGIER.COM Dec 07 2015 20:43:00      Tamara Miles Ogier,
                  Ogier, Rothschild & Rosenfeld PC,    170 Mitchell St. S.W.,    Atlanta, GA 30303-3441
ust             +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Dec 07 2015 20:48:04
                  Office of the United States Trustee,    362 Richard Russell Building,    75 Ted Turner Drive, SW,
                  Atlanta, GA 30303-3315
19173202        +E-mail/Text: mgeitgey@centennialholdingco.com Dec 07 2015 20:48:36
                  CARLYLE CENTENNIAL LAKESIDE LLC,    3348 Peachtree Rd NE STe 1000,    Atlanta, GA 30326-1445
19173203         EDI: CMIGROUP.COM Dec 07 2015 20:43:00      CREDIT MGMT,    4200 INTERNATIONAL,
                  CARROLLTON, TX 75007-1912
19173205         EDI: GADEPTOFREV.COM Dec 07 2015 20:43:00      Georgia Department of Revenue,
                  1800 Century Blvd NE Suite 910,    Atlanta, GA 30321
19173207         EDI: IRS.COM Dec 07 2015 20:43:00      IRS,    Centralized Insolvency Opera,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
19173212        +E-mail/Text: heather@pabofma.org Dec 07 2015 20:48:23     PROFESSIONAL ADJUSTMENT BUREAU,
                  1305 S 9th St,    Springfield, IL 62703-2526
19173215         EDI: TENET.COM Dec 07 2015 20:43:00      South Fulton  Medical Center,    PO Box 532525,
                  Atlanta, GA 30353-2525
19173213        +E-mail/Text: bankruptcy@rentacenter.com Dec 07 2015 20:48:38     Rent A Center,
                  1169 W. Avenue,    Conyers, GA 30012-5280
19176367        +E-mail/Text: usagan.bk@usdoj.gov Dec 07 2015 20:48:04     U. S. Attorney,
                  600 Richard B. Russell Bldg.,    75 Spring Street, SW,    Atlanta GA 30303-3315
19173219         EDI: WFFC.COM Dec 07 2015 20:43:00      WELLS FARGO CARD SERVICE,    PO BOX 14517,
                  DES MOINES, IA 50306-3517
                                                                                               TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
aty*            +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
aty*            +Karen King,    King & King Law LLC,    215 Pryor Street,    Atlanta, GA 30303-3748
                                                                                        TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 113E-9          User: goryy               Page 2 of 2                   Date Rcvd: Dec 07, 2015
                              Form ID: 182              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2015                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2015 at the address(es) listed below:
              America's Car-Mart, Inc.    Shannon.vinciguerra@car-mart.com
              Karen  King    on behalf of Debtor Roy Lester White myecfkingnking@gmail.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Shannon D Sneed    on behalf of Creditor    National ERA Servicing, LLC bankruptcy@sneedlaw.net
              Tamara Miles Ogier    tmo@orratl.com,   jc@orratl.com;tmo@trustesolutions.net
                                                                                          TOTAL: 5
```