UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

Request for Change of Address

Case Name: Roy Lester White

Case No.: 15-63069  Chapter 7

**Change of Address for:**

Debtor x Creditor ___ Attorney for Debtor ___ Attorney for Creditor___

**Change for:**

Notices ONLY ___ Payments ONLY ___ Notices and Payments  x

EFFECTIVE DATE OF CHANGE: 12/14/2015

Name: Roy L. White

Prior Address:

1608 Picadilly Court, NE
Conyers, GA 30013

**********************************************************************
New Address:

P.O. Box 81584
Conyers, GA 30013


Dated: 12/14/2015                              _____/s/_
                                               Cara Comparetta
                                               Attorney for Debtor(s)
                                               King & King Law LLC
                                               GA Bar No. 881845
                                               215 Pryor Street
                                               Atlanta GA 30308
                                               notices@kingkingllc.com